JS-6

FILED
CLERK, U.S. DISTRICT COURT

8/12/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| ZINI LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEELCASE INC., a Michigan corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 14-07182 MWF (VBKx)<br><br>Judge: Hon. Michael W. Fitzgerald<br>CtRm: 16<br><br>**ORDER RE: JOINT REQUEST FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

## ORDER

This case is hereby dismissed in its entirety with prejudice. Each party to bear its own costs, attorneys' fees and expenses.

DATED: August 12, 2015

/s/ Michael W. Fitzgerald
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

ORDER RE: JOINT REQUEST FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE

741166 01/WLA